DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA,
# FRESNO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **ALI ASHRAF**, as an individual, and doing business as "Fast and Easy Chevron", **MOHAMMAD TUFAIL**, as an individual, and doing business as "Fast and Easy Chevron", and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **CASE NO.: 1:15-CV-1032-DAD-SMS** <br><br> **MOTION FOR CONTINUANCE OF RULE 26 CONFERENCE AND ORDER GRANTING THEREOF** <br><br> Date: April 20th, 2016 <br><br> Time: 3:00 p.m. <br> Courtroom: 1 <br><br> Judge: Sandra M. Snyder |

**PLEASE TAKE NOTICE**, that Plaintiff, CYNTHIA HOSPON, through her attorney, Daniel Malakauskas, Esq. requests that the Rule 26 conference scheduled for April 20th, 2016 is continued thirty (30) days to allow the process server to achieve service.

I, DANIEL MALAKAUSKAS, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

1.  I am an attorney representing the plaintiff, Cynthia Hopson, in this lawsuit. I am competent to testify and am personally familiar with the facts of this case. I became personally familiar with the facts of this case either through my own personal knowledge, information my

client and, or, private investigator, and, or, process server, and, or, records researcher gave me, or be reviewing the Court's case file.  If called to testify, I would testify as follows:

2. On July 5th, 2015, I filed the complaint that initiated this action.

3. On October 7th, 2015, I filed a voluntary dismissal against Defendants, Robert Stevens and Kelli Stevens after lengthy discussions with their attorney.

4. At my request, on March 2nd, 2016, this honorable court continued the rule 26 conference until April 20th, 2016.

5. On, or around March 25th, 2016, I discovered new information and so desired to add an additional Defendant.  I subsequently filed an Amended Complaint.

6. On March 28th, 2016, the Court issued a summons.

7. On April 11th, 2016, I contacted, OneLegal, the process server company I use, as I had not yet received a process service report from them.

8. Since I couldn't ascertain the Defendants' residences, I had requested that the process server go to the address in which the Defendants' tax statements are sent.

9. While at such address, the process server spoke with the secretary of the office, who informed him of the Defendants' proper address and whereabouts.

10. The process server is attempting to serve the Defendants at such address.

11. For these reasons, I ask for the Court's patience and request an additional thirty day continuance.

Dated: April 13th$^{th}$, 2016                     Respectfully submitted,

/s/Daniel Malakauskas_____
By: Daniel Malakauskas,
Attorney for Plaintiff

**Request for Continuance of Rule 26 Conference, and [Proposed] Order Granting Thereof**

2

## **ORDER**

**IT IS HEREBY ORDERED**, that the Rule 26 Scheduling Conference, is continued from April 20th, 2016, at 3:00 a.m., until June 22, 2016, at 1:00 p.m..

Dated: 4/14/2016                                   /s/ SANDRA M. SNYDER
                                                   UNITED STATES MAGISTRATE JUDGE