UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALI ASHRAF, as an individual and doing business as "Fast and Easy Chevron"; MOHAMMAD TUFAIL, as an individual and doing business as "Fast and Easy Chevron"; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No. 1:15-cv-01032-DAD-SMS<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 19) |

On July 14, 2016, plaintiff filed a notice of voluntary dismissal of the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 19.) No responsive pleading has yet been filed in this action. In light of this, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:　**July 17, 2016**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1